IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00063-WYD-CBS

DAVID SAVOY THOMAS,
    Plaintiff,
v.

U.S. BUREAU OF PRISONS,
CALVIN L. POLLAND,
C.B. COLLINS,
R. MILLER,
G. DRENNAN,
JOHN DOE,
PAULA PRICE,
HECTOR A. RIOS, JR., and
J.E. GUNJA, jointly, individually and in their official capacity,
    Defendants.
_____

ORDER
_____

    This civil action comes before the court on the United States' Notice of Substitution (filed August 1, 2006) (doc. # 39). Pursuant to the Order of Reference dated June 2, 2006 (doc. # 16) and an e-mail communication from the District Judge dated August 1, 2006, the Notice of Substitution was referred to the Magistrate Judge.

    Because the Federal Tort Claims Act ("FTCA") precludes suits against federal employees for common-law torts committed during the course and within the scope of their employment," 28 U.S.C. § 2679(b)(1), the proper defendant for claims under the FTCA is the United States. Thomas cannot circumvent this proposition by suing the federal defendants for negligence and medical malpractice in their official capacities, because these are in reality claims against the United States, since any judgment would be paid out of the United States treasury. *See, e.g., Will v. Michigan Department of State Police*, 491 U.S. 58 (1989). For this reason, to the extent that Thomas' Claims Two and Three allege violation of the FTCA, the United States is properly substituted for the individual federal defendants. Accordingly,

IT IS ORDERED that to the extent Thomas' Claims Two and Three allege violation of the FTCA, the United States' Notice of Substitution (filed August 1, 2006) (doc. # 39) is hereby accepted by the court.

DATED at Denver, Colorado, this 9th day of August, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
United States Magistrate Judge