## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00063-WYD-CBS

DAVID SAVOY THOMAS,

       Plaintiff,

v.

U.S. BUREAU OF PRISONS,
CALVIN L. POLLAND,
C.B. COLLINS,
R. MILLER,
G. DRENNAN,
JOHN DOE,
PAULA PRICE,
HECTOR A. RIOS, JR., and
J.E. GUNJA, and
UNITED STATES OF AMERICA,

       Defendants.

-------------------------------------------------------------------------------------------------------------------

## ORDER

-------------------------------------------------------------------------------------------------------------------

Upon Defendants' Motion for a Protective Order and Motion to Stay Discovery Pending Resolution of Dispositive Motions (*doc. no. 89*), it is hereby Ordered that the motion be, and it hereby is, GRANTED, and it is

FURTHER ORDERED that neither party shall conduct discovery in this matter until after a ruling by the Court on Defendants' Motions to Dismiss, Docket Nos. 48 and 86, or until the Court so orders.

DATED at Denver, Colorado, this 4th day of April, 2007.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge